Certificate Number: 03088-PAE-DE-025424412

Bankruptcy Case Number: 14-18201



03088-PAE-DE-025424412

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 23, 2015, at 9:07 o'clock PM CDT, Pasqualina Mele completed a course on personal financial management given by internet and telephone by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  April 23, 2015           By:    /s/Doug Tonne

Name:  Doug Tonne

Title:  Counselor