U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

Pasqualina Mele

: Chapter 13
:
: Case No.: 14-18201
:

## PRAECIPE TO CHANGE DEBTOR'S ADDRESS

TO THE CLERK:

Kindly change the Debtor's address from **2649 S. 17th Street, Philadelphia PA 19145** to show correct street name: **1170 Surrey Road, Apt. 202, Philadelphia, PA 19115**. An amended Voluntary Petition will be filed today.

Dated: October 14, 2015

/s/ Brad J. Sadek

Brad J. Sadek, Esquire
Counsel for Debtor